Case 1:21-cv-04144-LGS   Document 14   Filed 06/15/21   Page 1 of 1

**Robinson+Cole**

GREGORY J. BENNICI

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
gbennici@rc.com
Direct (203) 462-7572

Also admitted in New York

**By ECF**

June 14, 2021

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street, Courtroom 1106
New York, New York 10007

The application is **GRANTED**. The initial conference scheduled for July 8, 2021, (Dkt. No. 8) is **ADJOURNED to August 5, 2021, at 10:40 a.m.**

Dated: June 15, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** *Dornau v. Hartford Life & Accident Insurance Company*; Case No. 1:21-cv-4144-LGS; **JOINT MOTION FOR ADJOURNMENT OF RULE 16 CONFERENCE**

Dear Judge Schofield:

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1(d), Plaintiff Barbara Dornau ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford Life") respectfully move for a thirty (30) day adjournment of the Rule 16 Conference that is scheduled for July 8, 2021 (ECF 8) to August 9, 2021 (the 30th day falling on a Saturday) or a date thereafter.

Good cause exists for this adjournment because the Rule 16 Conference is presently scheduled to take place four days before Hartford Life's response to Plaintiff's Complaint is due. Counsel for Hartford Life thus needs to investigate Plaintiff's claims, complete a review of the administrative record, and respond to Plaintiff's complaint on or before July 12, 2021,[1] all of which is necessary to meaningfully meet and confer with Plaintiff's counsel, and develop an appropriate case management plan and joint letter with Plaintiff's counsel in advance of the Rule 16 Conference. Plaintiff consents to and joins in this motion.

Accordingly, the parties jointly and respectfully request a thirty (30) day adjournment of the Rule 16 Conference to Monday, August 9, 2021 or a date thereafter.

Respectfully submitted,

/s/ *Gregory J. Bennici*
Gregory J. Bennici
Robinson & Cole LLP

Respectfully submitted,

/s/ *Jennifer L. Hess*
Jennifer L. Hess
Riemer Hess LLC

---

[1] Plaintiff has indicated that she intends to amend her complaint.

Boston | Hartford | New York | Providence | Stamford | Albany | Los Angeles | Miami | New London | rc.com

Robinson & Cole LLP