**Robinson+Cole**

GREGORY J. BENNICI

> The application is **GRANTED**. The initial conference scheduled for August 5, 2021, is **ADJOURNED to September 2, 2021, at 10:40 a.m.** (Dkt. No. 14). The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. By **August 12, 2021**, Plaintiff shall serve and file proof of service of the three Defendants added by the Amended Complaint -- EY Medical Plan, EY Dental Program and EY Group Term Life Insurance Plan.
>
> The Clerk of Court is respectfully directed to close the motion at docket no. 24.
>
> So Ordered.
> Dated: July 28, 2021
>         New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**By ECF**

June 27, 2021

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pear Street
New York, New York 10007

Re:   *Dornau v. Hartford Life & Accident Insurance Company*; Case No. 1:21-cv-4144-LGS;
      <u>JOINT MOTION FOR ADJOURNMENT OF RULE 16 CONFERENCE</u>

Dear Judge Schofield:

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1(d), Plaintiff Barbara Dornau ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford Life") respectfully move for a thirty (30) day adjournment of the Rule 16 Conference that is scheduled for August 5, 2021 (ECF 14) to September 7, 2021 (the 30th day falling on the Saturday of Memorial Day Weekend) or a date thereafter.

Good cause exists for this adjournment because the Rule 16 Conference is presently scheduled to take place six days before Hartford Life's response to Plaintiff's Complaint is due. In addition, Plaintiff has recently filed an Amended Complaint dated July 13, 2021 (ECF 17), which names three (3) new defendants who have yet to be served and appear. In the interests of judicial and economic efficiency, the parties respectfully request that the Rule 16 conference take place (i) after Hartford Life has filed its answer and affirmative defenses, and (ii) with all parties, including the recently added defendants, participating so that they may meaningfully meet and confer, and develop an appropriate case management plan and joint letter in advance of the Rule 16 Conference. Plaintiff consents to and joins in this motion.

Accordingly, the parties jointly and respectfully request a thirty (30) day adjournment of the Rule 16 Conference to Tuesday, September 7, 2021, or a date thereafter.

|  Respectfully submitted,  |  Respectfully submitted,  |
|---|---|
|  /s/ *Gregory J. Bennici*  |  /s/ *Jennifer L. Hess*  |
|  Gregory J. Bennici  |  Jennifer L. Hess  |
|  Robinson & Cole LLP  |  Riemer Hess LLC  |