UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BARBARA DORNAU,                                               :
                             Plaintiff,       :
                                                              :    21 Civ. 4144 (LGS)
        -against-                                           :
                                                              :    ORDER
HARTFORD LIFE & ACCIDENT INSURANCE                            :
CO.,                                                          :
                             Defendant.       X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was scheduled for July 8, 2021, (Dkt. No. 8);

      WHEREAS, on June 14, 2021, the parties filed a joint letter motion requesting a thirty-day adjournment of the initial conference (Dkt. No. 13);

      WHEREAS, the Order dated June 15, 2021, adjourned the initial pretrial conference scheduled for July 8, 2021, to August 5, 2021, (Dkt. No. 14);

      WHEREAS, on July 27, 2021, the parties filed a joint letter motion requesting a thirty-day adjournment of the initial conference (Dkt. No. 24);

      WHEREAS, the Order dated July 28, 2021, adjourned the initial pretrial conference scheduled for August 5, 2021, to September 2, 2021, (Dkt No. 25);

      WHEREAS, the parties were required to file a proposed Civil Case Management Plan and Scheduling Order ("Case Management Plan") and joint letter, seven days before the initial pre-trial conference, pursuant to this Court's Individual Rule IV.A.2.  It is hereby

      **ORDERED** that, by **August 31, 2021**, the parties shall file the joint letter and Case Management Plan.  It is further

      **ORDERED** that, the initial pretrial conference scheduled for September 2, 2021, is **ADJOURNED** to **September 9, 2021, at 10:40 a.m.**  The conference will be telephonic and will

occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: August 27, 2021
      New York, New York

                                                **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**