UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :
BARBARA DORNAU,                              :
                                Plaintiff,   :
                                                           :          21 Civ. 4144 (LGS)
                -against-                     :
                                                           :          <u>ORDER</u>
HARTFORD LIFE & ACCIDENT INSURANCE :
CO.,                                                               :
                                  Defendant.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a status letter was due on November 12, 2021. (Dkt. No. 40.)

       WHEREAS, no such status letter was filed. It is hereby

       **ORDERED** that by **November 17, 2021**, the parties shall file a joint status letter.

Dated: November 15, 2021
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE